UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRADLEY JOHNSON,

        Plaintiff,

Case No. 1:22-cv-701

Hon. Ray Kent

v.

UNKNOWN AUSTIN-OLMOS, *et al.*,

        Defendants.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Bradley Johnson.

Dated: September 3, 2025        /s/ Ray Kent
                                                    RAY KENT
                                                   United States Magistrate Judge